IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| vs. : | Case No. 3:13cr99 |
| JOHN G. TIDWELL, : | JUDGE WALTER H. RICE |
| Defendant. : | |

---

DECISION AND ENTRY ORDERING DEFENDANT TO BE RELEASED FROM THE MIAMI COUNTY JAIL AT 6:00 P.M. ON TUESDAY, JUNE 9, 2020; DEFENDANT IS TO CONTACT PROBATION OFFICER LAURA SEBULSKY AT 9:00 A.M. ON WEDNESDAY, JUNE 10, 2020 FOR FURTHER INSTRUCTIONS ON REPORTING

---

This Court, having declined to revoke the Defendant's Supervised Release, orders him released from the Miami County Jail, into the custody of his mother, at 6:00 p.m. on Tuesday, June 9, 2020.

The Defendant is to contact Laura Sebulsky, his Probation Officer, at 9:00 a.m. on Wednesday, June 10, 2020 for further instructions.

June 9, 2020

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Laura Sebulsky, U.S. Probation Officer
U.S. Marshals Office